# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Woehrle, Carla M. | US Dist. Ct. - Cntl Dist of CA | 06/29/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>02/12/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
312 Spring Street
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Uncommon Good |
| 2. | Board of Directors | Federal Bar Association, Los Angeles chapter |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 06/29/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/14 | CalPERS Public Retirement System - Pension Distribution |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 06/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Student Loan | K |
| 2. | .Wells Fargo | Student Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   W E L L S F A R G O CW IRA (H) | | | J | | | | | | |
| 2.   Wells Fargo Bank Cash Balance (X) | A | Interest | M | T | | | | | |
| 3.   American Century Mid Cap V | A | Dividend | J | T | | | | | |
| 4.   Lord Abbett Sec Tr Fundamental Equity Fd Cl F | A | Dividend | | | Sold | 05/01/15 | J | A | |
| 5.   Federated Equity Fds Kaufmann Large Cap Fd | A | Dividend | J | T | | | | | |
| 6.   Putnam Growth Opportunities Fd Cl A | A | Dividend | J | T | | | | | |
| 7.   Fidelity Adv New Insights Fd Cl I | A | Dividend | J | T | Buy (add'l) | 07/01/15 | J | | |
| 8.   Prudential Invt Port 10 Jennison Equity Income Fund CL Z | A | Dividend | | | Sold | 02/05/15 | J | A | |
| 9.   Putnam Fds Tr Capital Spectrum Fd Cl Y | A | Dividend | J | T | | | | | |
| 10.   Alger Fds II Spectra Fd Ck I | A | Dividend | | | Sold | 02/11/16 | J | A | |
| 11.   Dryfus Advantage Fds Strategic Value Fnde Cl I | A | Dividend | J | T | | | | | |
| 12.   Nationwide Mut Fds New Geneva M/Cap Growth Fd (X) | A | Dividend | | | Sold | 01/15/15 | J | A | |
| 13.   Nuveen Invt Tr II Santa Barbara Dividend Fd Instl Shs | A | Dividend | J | T | | | | | |
| 14.   Wells Fargo Advantage Premier Large Co Growth Fd Admni | A | Dividend | | | Sold | 01/15/15 | J | A | |
| 15.   Managers AMG Funds Yacktman Focused Fund | A | Dividend | J | T | | | | | |
| 16.   Deutsche Intl Fund Inc. World Dividend Fund | A | Dividend | | | Sold | 12/02/15 | J | A | |
| 17.   Janus Invt Fd Contrarian Fd Cl I (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MFS Ser Tr XII Growth Fd Cl | A | Dividend | | | Sold | 06/01/15 | J | A | |
| 19. Delaware Group Equity FDS II-Value Fnd Cl I | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 20. First Eagle Funds Sogen Overseas Fund Cl I (X) | A | Dividend | J | T | Buy (add'l) | 11/13/15 | J | | |
| 21. Hennessy Fds Tr Focus Fd Instl Cl | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 22. Federated World Invt Ser Inc Fedt Intl Leader FD Institutional Shs | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 23. Neuberger & Berman | A | Dividend | J | T | Buy | 12/02/15 | J | | |
| 24. Pimco Fds Pac Invt Stockplus International Fd Instl (X) | A | Dividend | J | T | | | | | |
| 25. Natixis Fds Tr II aSG Managed Futures Strategy Fd Cl Y | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 26. W E L L S F A R G O - 1765 JT (H) | | | | | | | | | |
| 27. - Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 28. - Viacom, Inc. CL B Common Stock | A | Dividend | J | T | | | | | |
| 29. CBS Corp Cl B (X) | A | Dividend | J | T | | | | | |
| 30. - FNMA 06-107 PD Remic Multiclass CMO 5.0% | | | | | Sold | 07/01/15 | J | A | |
| 31. Openheimer Limited Term Municipal Fd Cl C OITCX | A | Dividend | J | T | | | | | |
| 32. Vitrus Opportunities Tr Premium Alpha Sector Fund | A | Dividend | J | T | | | | | |
| 33. W E L L S F A R G O /i - 1774 EP IRA (H) | | | | | | | | | |
| 34. Money Market Sweep-Capital | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Fidelity Adv New Insights Fd Cl I | A | Dividend | K | T | | | | | |
| 36. American Century Mid Cap Value Fund Investor Class | A | Dividend | K | T | Buy (add'l) | 05/01/15 | J | | |
| 37. First Eagle Funds Sogen Overseas Fund Cl I | A | Dividend | J | T | Buy (add'l) | 09/23/15 | J | | |
| 38. Oppenheimer Devl Mkts Markets Funds Cl A | A | Dividend | | | Sold | 12/02/15 | J | A | |
| 39. Prudential Invt Prt 10 Jennison Equity Income Fund Cl Z | A | Dividend | J | T | | | | | |
| 40. Putnam Fds Tr Capital Spectrum Fd Cl Y | A | Dividend | K | T | | | | | |
| 41. Putnam Growth Opportunities Cl Y | A | Dividend | K | T | | | | | |
| 42. Lord Abbett Securities Fundamental Equity Cl F (XY | A | Dividend | | | Sold | 05/01/15 | J | A | |
| 43. Managers Funds Frontier Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 44. Nuveen Invt Tr II Santa Barbara Dividend Fd Instl | A | Dividend | J | T | | | | | |
| 45. Alger Fds II Spectra Fd Cl I | A | Dividend | K | T | Buy (add'l) | 11/13/15 | J | | |
| 46. Hartford Mut Fds Inc Global All Asset Fd Cl I | A | Dividend | J | T | | | | | |
| 47. Managers AMG Funds Yacktman Focused Fund Service Class | A | Dividend | K | T | | | | | |
| 48. Wells Fargo Fds Trust WFAAbsolute Feturn Fund Administrative | A | Dividend | | | Sold | 01/15/15 | J | A | |
| 49. Wells Fargo Advantage Premier Large Co Growth Fd Admin Cl | A | Dividend | | | Sold | 01/15/15 | J | A | |
| 50. Chase Mutual Money Market | A | Interest | | | Sold | 07/01/15 | J | A | |
| 51. WisdomTree Japan ET Hedged Equity Fund | A | Dividend | | | Sold | 01/06/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dreyfus Advantage Fds Strategic Value Fnd Cl I | A | Dividend | J | T | | | | | |
| 53. Federated Equity Fds Kaufmann Large Cap FD Instl Cl KLCIX | A | Dividend | K | T | | | | | |
| 54. Keeley Funds Inc Small Cap Dividend Value Fund Cl I KSDIX | A | Dividend | J | T | | | | | |
| 55. MFS Ser Tr II Growth FD Cl I MFEIX | A | Dividend | J | T | | | | | |
| 56. Nationwide Mut Fds New Geneva M/Cap Growth Fd Instl Ser (X) | A | Dividend | | | Sold | 01/15/15 | J | A | |
| 57. First Trust Large ET Cap VAlue Opportunities | A | Dividend | | | Sold | 12/02/15 | J | A | |
| 58. Deutsche Intl Fd Inc World Dividend Fund | A | Dividend | | | Sold | 12/02/15 | J | A | |
| 59. Highland Fds I PYXIS Long/Short Healthcare Fd Cl Z | A | Dividend | | | Sold | 12/02/15 | J | A | |
| 60. Hartford Mut Fds Inc Intl Small Co Fd Cl I | A | Dividend | | | Sold | 01/15/15 | J | A | |
| 61. Federated World Invt Ser Inc Fedt Intl Leader Fd Institutional Shs | A | Dividend | | | Sold | 01/13/16 | J | A | |
| 62. Janus Invt Fd Contrarian Fd Class I | A | Dividend | | | Sold | 12/02/15 | J | A | |
| 63. MFS Ser Tr XII Equity Opportunities Fd Class I | A | Dividend | J | T | | | | | |
| 64. First Trist Nasdaq 100ET Technology Index Fund | A | Dividend | J | T | Buy | 06/01/15 | J | | |
| 65. IShares MSCI Japan ET | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 66. Alger Funds Small Cap Focus Fd Cl I | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 67. Putnam Invt Ports Inc 15 Short Duration High Yield Income Fd Z | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 68. Delavare Group Equity Fds II-Value Fd Instl | A | Dividend | K | T | Buy | 01/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Highland Fds I Pyxis Long/Short Healthcare Fd Cl Z | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 70. Fidelity Advisor Health Care Fd Cl I | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 71. Hennessy Fds Tr Focus Fd Instl | A | Dividend | J | T | Buy | 01/15/15 | J | | |
| 72. Federated World Invt Ser Inc Fedt Intl Leader Fd Institutional Shs | A | Dividend | K | T | Buy | 01/06/16 | K | | |
| 73. Janus Invt Fd Contrarian Fd Cl I | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 74. Neuberger & Berman Equity Fds Intl Institutional Fd | A | Dividend | J | T | Buy | 12/02/15 | J | | |
| 75. Pimco Fds RAE Fundamental Plus Fund Instl | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 76. Pimco Fds Pac Invt Stocksplus International Fd Instl | A | Dividend | K | T | Buy | 01/06/16 | K | | |
| 77. Natixis Fds Tr II ASG Managed Futures Strategy Fd Cl Y | A | Dividend | K | T | Buy | 02/11/16 | K | | |
| 78. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 06/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Line 11 was a duplicate of Section VII, Line 6 in the previous year and did not belong on the return.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carla M. Woehrle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544